IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
|  | : |  |
| **ALLISON L. RESPET** | : | Case No.    **23-22791-GLT** |
|  | : |  |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 |
| --- | --- | --- | --- | --- | --- | --- |
| Wife Take Home | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 |
| Wife Second Job | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Husband take Home | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Total | $8,600.00 | $8,600.00 | $8,600.00 | $8,600.00 | $8,600.00 | $8,600.00 |

DATED:   1/28/2024

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net