IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Allison L. Respet** | : : : : | Bankruptcy No. **23-22791** |
| | : | Chapter **13** |
| Debtor | : : : | Related to Document No. |
| **Allison L. Respet** | : : | |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael S. Geisler, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**1100 Penn Center Blvd., #704**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 774-0575**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

PAWB Local Form 30 (07/13)

Ally Bank
P.O. Box 380902
Minneapolis, MN 55438-0902

Ally Bank
c/o AIS Portfolio Services, LLC.
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

One Main Financial
P.O. Box 183172
Columbus, OH 43218-3172

OneMain Financial
Attn: Bankruptcy
P.O. Box 3251
Evansville, IN 47731

PNC Bank
P.O. Box 94982
Cleveland, OH 44101

PNC Bank
c/o KML law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

West Penn Power
76 South Main Street
Akron, OH 44308-1890