IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ALLISON L. RESPET,** | : | Case No. **23-22791-GLT** |
| *Debtor* | : | |
| | : | Doc. Nos. 8, 9, 10 & 13 |
| **ALLISON L. RESPET**, | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| **ALLY BANK, ONE MAIN FINANCIAL, and PNC BANK, N.A.,** | : | |
| *Respondents* | : | Hearing Date 2/14/2024 at 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **January 5, 2024** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **January 22, 2024.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Michael S. Geisler

DATED: 2/7/2024

_____
MICHAEL S. GEISLER, ESQUIRE
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net