Case 23-22791-GLT    Doc 49    Filed 04/16/25    Entered 04/16/25 13:34:12    Desc Main
Document    Page 1 of 1

FILED
4/16/25 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22791-GLT |
| | : | Chapter: | 13 |
| Allison L. Respet | : | | |
| | : | | |
| | : | Date: | 4/16 |
| *Debtor(s)*. | : | Time: | 9:00 |

## PROCEEDING MEMO

**MATTER:**  #42 - Motion For Relief From Stay Filed By PNC Bank
#47 - Response filed by Debtor

**APPEARANCES**:
   Debtor:   Michael S. Geisler
   Trustee:   Kate DeSimone
   PNC:   Danielle DiLeva

[ 9:10]
**NOTES:**
DiLeva: As of the date this motion was filed, the debtor's plan was delinquent in the amount of $14,936. The last I checked, no payments have been made since November. I do not see how this plan could be feasible with no payments in six months.

Geisler: This case was moving well until November. I have received no response from my client.

DeSimone: We do feel dismissal is appropriate.

**OUTCOME:**
1. The *Motion of PNC Bank, National Association, its Successors and/or Assigns for Relief From the Automatic Stay Under Section 362 and 1301 Pursuant to Bankruptcy Procedure Rule 4001* [Dkt. No. 42] is **GRANTED**. [D.B. to enter order at Dkt. No. 42]

2. In the absence of any timely response to the trustee's certificate of default [Dkt. No. 45], the case is dismissed without prejudice. [D.B. to enter system order]

**DATED:**