**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ALLISON L. RESPET | Case No.:23-22791 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/29/2023 and confirmed on 04/02/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 19,980.00 |
| Less Refunds to Debtor | 5.01 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 19,974.99 |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 2,416.27 | | |
|   Trustee Fee | 1,198.80 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 3,615.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   PNC BANK NA | 11,830.84 | 11,830.84 | 0.00 | 11,830.84 |
|     Acct: 4984 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4984 | | | | |
|   ALLY BANK(*) | 11,022.42 | 3,866.07 | 663.01 | 4,529.08 |
|     Acct: 8127 | | | | |
| | | | | 16,359.92 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L. RESPET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L. RESPET | 5.01 | 5.01 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 3,313.00 | 2,416.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4984 | | | | |

| 23-22791 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4984 | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 10,050.55 | 0.00 | 0.00 | 0.00 |
| Acct: 7118 | | | | |
| PNC BANK NA | 2,140.20 | 0.00 | 0.00 | 0.00 |
| Acct: 5202 | | | | |
| WEST PENN POWER* | 276.85 | 0.00 | 0.00 | 0.00 |
| Acct: 2382 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 323.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | *** N O N E *** | | | |

TOTAL PAID TO CREDITORS                                                                                               16,359.92

TOTAL CLAIMED
PRIORITY              0.00
SECURED        22,853.26
UNSECURED     12.790.72

Date: 05/06/2025                                               /s/ Ronda J. Winnecour
                                                               RONDA J WINNECOUR PA ID #30399
                                                               CHAPTER 13 TRUSTEE WD PA
                                                               600 GRANT STREET
                                                               SUITE 3250 US STEEL TWR
                                                               PITTSBURGH, PA  15219
                                                               (412) 471-5566
                                                               cmecf@chapter13trusteewdpa.com